In the Matter of WORTH CONSTRUCTION COMPANY, INC., Appellant, v ALAN G. HEVESI, as Comptroller of the State of New York, et al., Respondents.

Submitted September 25, 2006; decided November 21, 2006

Motion for leave to appeal denied as unnecessary.